# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SOUTHERN ENVIRONMENTAL
MANAGEMENT & SPECIALTIES,
INC.

VERSUS

RICHARD W. "RICKY" LEE,
HANNAH LEE NAQUIN, HUNTER R.
LEE, AMSTEAD INSURANCE, LLC,
P3 FINANCE, LLC AND BRUIN
ENVIRONMENTAL AND
REMEDIATION SERVICES, LLC

NO.   2024 CW 0642

OCTOBER 7, 2024

---

In Re:   C-Train Enterprises, LLC, Mark L. Morgan, Adam Morgan,
and Lindsay Morgan Duncan, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 712869.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT GRANTED.** The trial court's June 14, 2024 judgment, which
denied the Exceptions of Prematurity filed by C-Train Enterprises,
LLC, Mark L. Morgan, Adam Morgan, and Lindsay Morgan Duncan, are
reversed. The C-Train Enterprises Operating Agreement, which was
executed by Richard W. "Ricky" Lee ("Lee") and Mark Morgan,
provides that "[e]ach dispute, claim and controversy (whether
arising during or after the term hereof) arising out of or relating
to this Agreement or the breach thereof (including but not limited
to the validity of the agreement to arbitrate and the arbitrability
of any matter) must be settled … by an arbitrator …" This agreement
clearly and unmistakably provides that the parties have agreed to
submit the question of arbitrability to the arbitrator rather than
to the courts. Moreover, the alleged misconduct against C-Train,
Mark Morgan, Adam Morgan, and Lindsay Duncan is concerted and
interdependent such that all of Lee's claims against them are
subject to consideration by the arbitration panel. See e.g. **Grigson
v. Creative Artists Agency L.L.C.**, 210 F.3d 524, 527-28 (5th Cir.
2000), cert. denied, **Grigson v. Creative Artists Agency**, 531 U.S.
1013, 121 S.Ct. 570, 148 L.Ed.2d 488 (2000). Therefore, the
Exceptions of Prematurity are granted, and the claims of third-
party plaintiff, Richard W. "Ricky" Lee, are dismissed against
third-party defendants, C-Train Enterprises, LLC, Mark L. Morgan,
Adam Morgan, and Lindsay Morgan Duncan, without prejudice.

                          **EW**
                          **SMM**
                          **HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT